**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**PATRICIA PARKER,**

    **Plaintiff,**

**v.**                                            **Case No:   6:15-cv-114-Orl-37DAB**

**EXETER FINANCE CORP.,**

    **Defendant**

## ORDER

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed January 28, 2015 (Doc. 7).  The time has passed and no objections have been filed.  After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate Judge's Report and Recommendation.  Accordingly, it is now

    **ORDERED** that

1. Magistrate Judge David A. Baker's Report and Recommendation (Doc 7) is **ADOPTED** as the opinion of the Court

2. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 3) is **DENIED** and this case is **DISMISSED**.  The Clerk is directed to close the case.

**DONE AND ORDERED** in Orlando, Florida, this 24th day of February, 2015.

                                                                _____
ROY B. DALTON JR.
United States District Judge

Copies:   *Pro Se* Plaintiff